IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MAXIMO MOLINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERIFF JOE ARPAIO, ) <br> ) <br> Defendant. ) <br> _____ ) | CIV 05-02098 PHX DGC (MEA) <br><br> REPORT AND RECOMMENDATION |

Plaintiff, while an inmate at the Maricopa County Durango jail in Phoenix, Arizona, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 15, 2005. On October 5, 2005, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by October 25, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 60 days of the date that the service order was issued, i.e., by December 5, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules

of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure.  The civil docket in this matter indicates that Plaintiff has failed to acquire a waiver of service from Defendant or to complete service of process on Defendant.

On December 5, 2005, the Court allowed Plaintiff until January 6, 2006, to show cause why this case should not be dismissed for Plaintiff's failure to effect service of process on Defendant as required by the Court's order of October 5, 2005, and Rule 4, Federal Rules of Civil Procedure.  Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of October 5, 2005, and Rule 4, Federal Rules of Civil Procedure.

**DATED** this 9th day of January, 2006.

_____
Mark E. Aspey
United States Magistrate Judge