**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maximo Molina, | No. CV-05-2098 PHX-DGC (MEA) |
| Petitioner, | **ORDER** |
| v. | |
| Sheriff Joe Arpaio, | |
| Respondents. | |

Pending before the Court are Petitioner Maximo Molina's civil rights complaint and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. ##1, 9. The R&R recommends that the Court dismiss the complaint.

The parties had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. (*See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]").

The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the complaint the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Mark E. Aspey's R&R (Doc. #9) is **accepted**.

2. Petitioner Maximo Molina's civil rights complaint (Doc. #1) is **dismissed**.

3. The Clerk of Court shall **terminate** this action.

DATED this 13th day of April, 2006.

_____
David G. Campbell
United States District Judge